IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DELMA LAMAR SULLIVAN, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-15-67-M |
| H.A. RIOS, Warden, Lawton Correctional Facility, | ) |
| Respondent. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Delma Sullivan, Petitioner in the above-named District Court case from the Western District of Oklahoma, by and through his attorney of record, M. Michael Arnett of the Arnett Law Firm, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order and Judgment entered in the above-described proceeding on August 18, 2015.

Respectfully submitted,

s/ M. Michael Arnett
M. Michael Arnett, OBA# 12071
ARNETT LAW FIRM
3133 N.W. 63rd Street
Oklahoma City, OK 73116
Telephone: 405.767.0522
Facsimile: 405.767.0529
alfrachel@coxinet.net

## CERTIFICATE OF SERVICE

This is to certify that on this 16th day of September, 2015, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and based on the records currently on file, the Clerk will transmit a Notice of Electronic Filing to the following ECF registrants:

Timothy J. Downing, Assistant Attorney General
E-mail: fhc.docket@oag.ok.us

/s/ M. Michael Arnett
M. Michael Arnett